UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 19-cr-0009 (WMW/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Franklin Jackson (1), | |
| Defendant. | |

This matter is before the Court on Defendant Franklin Jackson's Motion for Furlough to Attend Family Funeral. (Dkt. 135.) Plaintiff United States of America opposes Jackson's motion. (Dkt. 138.)

The Court has carefully reviewed Jackson's motion, the opposition filed by the United States, and the record in this case, including the Presentence Investigation Report and other materials prepared in anticipation of Jackson's September 11, 2019 sentencing hearing. Notably, Jackson's detention pending sentencing is mandatory under the Mandatory Detention Act. *See* 18 U.S.C. § 3143(a)(2). And Jackson's furlough motion does not demonstrate "exceptional reasons" that would warrant his release from custody under the Mandatory Detention Act. *See* 18 U.S.C. § 3145(c); *accord United States v. Little*, 485 F.3d 1210, 1211 (8th Cir. 2007) (per curiam) (recognizing that "exceptional" reasons that might warrant release under Section 3145(c) are reasons "clearly out of the ordinary, uncommon, or rare" (internal quotation marks omitted)); *United States v. Green*, 250 F. Supp. 2d 1145, 1149 (E.D. Mo. 2003) (observing that "mere personal reasons,"

including family- or health-related hardships, are not "exceptional," and collecting cases). Moreover, the record reflects that Jackson presents both a risk of flight and a danger to the community based on, among other things, his criminal history and the conduct underlying his conviction in this case.

Based on the foregoing analysis and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Franklin Jackson's motion for a furlough, (Dkt. 135), is **DENIED**.

Dated: September 8, 2019                              s/Wilhelmina M. Wright
                                                      Wilhelmina M. Wright
                                                      United States District Judge